# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOAQUIN PEREZ ALVAREZ,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. CIV-20-1233-G |
| | ) |
| | ) |
| **WILLIAM BARR et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Petitioner Joaquin Perez Alvarez, a federal detainee, filed a Petition seeking habeas corpus relief under 28 U.S.C. § 2241. *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On December 11, 2020, Judge Erwin issued a Report and Recommendation (Doc. No. 4), in which he recommended that this matter be transferred to the United States District Court for the Eastern District of Oklahoma. In the Report and Recommendation, Judge Erwin advised Petitioner of his right to object to the Report and Recommendation by December 28, 2020. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

Accordingly, the Report and Recommendation is ADOPTED in its entirety, and this

action is TRANSFERRED to the United States District Court for the Eastern District of Oklahoma.

    IT IS SO ORDERED this 29th day of January, 2021.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge
